381 A.2d 903

Commonwealth ex rel. Melville v. Melville, Appellant.

Argued September 15, 1977. Alan E. Boroff, with him Wisler, Pearlstine, Talone, Craig & Garrity, for appellant; Leon H. Fox, Jr., with him Fox & Fox, for appellee.

Order affirmed.